# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## ROCKFORD DIVISION

In re: CHEZ, JASON D                           § Case No. 08-72153
                                               §
                                               §
Debtor(s)                                      §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 08, 2008. The undersigned trustee was appointed on July 09, 2008.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $      25,664.44

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 2,350.00 |
| Bank service fees | 146.56 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 23,167.88 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 01/12/2009 and the deadline for filing governmental claims was 01/04/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,316.42. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,316.42, for a total compensation of $3,316.42.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $48.87, for total expenses of $48.87.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/02/2011        By:/s/MEGAN G. HEEG
                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 08-72153
**Case Name:** CHEZ, JASON D
**Period Ending:** 11/02/11

**Trustee:** (330490) MEGAN G. HEEG
**Filed (f) or Converted (c):** 07/08/08 (f)
**§341(a) Meeting Date:** 08/01/08
**Claims Bar Date:** 01/12/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1991 Crenshaw, Vernon Hills, IL 60061, * Value o | 462,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash on hand | 100.00 | 0.00 | DA | 0.00 | FA |
| 3 | Financial accounts, financial institution shares<br>(AXA Advisors) | 114.00 | 0.00 | DA | 0.00 | FA |
| 4 | Financial accounts, financial institution shares<br>(Glenview State Bank) | 400.00 | 0.00 | DA | 0.00 | FA |
| 5 | Security deposits | 450.00 | 0.00 | DA | 0.00 | FA |
| 6 | Household goods and furnishings | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Books, art, antiques and collectibles | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Wearing apparel | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 9 | Firearms, sports, photographic and hobby equip. | 200.00 | 0.00 | DA | 0.00 | FA |
| 10 | Interests in insurance policies | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | Interests in insurance policies | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | Stock and interests in businesses<br>(C&C Medical) | 0.00 | 0.00 | DA | 0.00 | FA |
| 13 | Stock and interests in businesses<br>(Health Service) | 0.00 | 0.00 | DA | 0.00 | FA |
| 14 | Stock and interests in businesses<br>(United Health) | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | Stock and interests in businesses<br>(Radmed) | 0.00 | 0.00 | DA | 0.00 | FA |
| 16 | Stock and interests in businesses<br>2,600 shares held by Jason Chez Trust (spendthrift) | 36,000.00 | 0.00 | DA | 0.00 | FA |
| 17 | death benefit plan, life insurance, or trust<br>(Jason Chez GST Exempt Trust) | 0.00 | 0.00 | DA | 0.00 | FA |
| 18 | Attorney Fees Turnover (u)<br>Per Court order in connecton with UST's Section 329 Motion | 0.00 | 10,000.00 | | 10,000.00 | FA |
| 19 | Other Personal Property (unscheduled) (u)<br>Compromise with Saul Chez Enterprieses for Debtor's pre-bankruptcy stock transfer and pension termination | 0.00 | 15,000.00 | | 15,000.00 | FA |

Printed: 11/02/2011 01:20 PM    V.12.57

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-72153  
**Case Name:** CHEZ, JASON D  

**Trustee:** (330490)  MEGAN G. HEEG  
**Filed (f) or Converted (c):** 07/08/08 (f)  
**§341(a) Meeting Date:** 08/01/08  

**Period Ending:** 11/02/11  
**Claims Bar Date:** 01/12/09  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20 | TAX REFUNDS (u) Portion of 2008 tax refund (debtor filed his 2008 tax return in 2011) | 0.00 | 614.64 | | 614.64 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 49.80 | Unknown |
| 21 | **Assets** Totals (Excluding unknown values) | **$518,764.00** | **$25,614.64** | | **$25,664.44** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   February 28, 2010    **Current Projected Date Of Final Report (TFR):**   October 26, 2011  (Actual)

Printed: 11/02/2011 01:20 PM    V.12.57

Case 08-72153    Doc 67    Filed 11/03/11    Entered 11/03/11 12:55:55    Desc Main
Document    Page 5 of 14

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08-72153 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | CHEZ, JASON D | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****27-19 - Time Deposit Account |
| Taxpayer ID #: | **-***5515 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 11/02/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Time Deposit Account Balance |
| 11/17/08 | | FUNDING ACCOUNT: ********2765 | | 9999-000 | 10,000.00 | | 10,000.00 |
| 02/17/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 8.73 | | 10,008.73 |
| 05/18/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.74 | | 10,012.47 |
| 08/17/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.75 | | 10,016.22 |
| 09/16/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.23 | | 10,017.45 |
| 10/16/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.24 | | 10,018.69 |
| 11/16/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.28 | | 10,019.97 |
| 12/16/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.23 | | 10,021.20 |
| 01/15/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.24 | | 10,022.44 |
| 02/16/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.31 | | 10,023.75 |
| 03/18/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.24 | | 10,024.99 |
| 04/19/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.32 | | 10,026.31 |
| 04/23/10 | | to 9200-0072342719 | Transfer funds to BNYM | 9999-000 | | 10,026.31 | 0.00 |
| | | | ACCOUNT TOTALS | | 10,026.31 | 10,026.31 | $0.00 |
| | | | Less: Bank Transfers | | 10,000.00 | 10,026.31 | |
| | | | Subtotal | | 26.31 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $26.31 | $0.00 | |

{} Asset reference(s)

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 08-72153 | | Trustee: | MEGAN G. HEEG (330490) |
| --- | --- | --- | --- | --- |
| Case Name: | CHEZ, JASON D | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****27-20 - Time Deposit Account |
| Taxpayer ID #: | **-***5515 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 11/02/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 01/05/10 | | FUNDING ACCOUNT: ********2765 | | 9999-000 | 15,000.00 | | 15,000.00 |
| 02/04/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.85 | | 15,001.85 |
| 03/08/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.97 | | 15,003.82 |
| 04/07/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.85 | | 15,005.67 |
| 04/09/10 | | Transfer out to account ********2765 | Transfer out to account ********2765 | 9999-000 | -15,005.67 | | 0.00 |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | -5.67 | 0.00 | |
| | | | Subtotal | | 5.67 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $5.67 | $0.00 | |

{} Asset reference(s)    Printed: 11/02/2011 01:20 PM    V.12.57

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 08-72153 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | CHEZ, JASON D | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*27-65 - Money Market Account |
| Taxpayer ID #: | \*\*-\*\*\*5515 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 11/02/11 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 10/20/08 | {18} | Adelman & Gettleman, LTD | attorneys fees turnover | 1290-000 | 10,000.00 | | 10,000.00 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.32 | | 10,000.32 |
| 11/17/08 | | ACCOUNT FUNDED: \*\*\*\*\*\*\*\*2719 | | 9999-000 | | 10,000.00 | 0.32 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.45 | | 0.77 |
| 12/21/09 | {19} | Sanford C. Bernstein & Co. | Saul Chez Enterprises compromise | 1241-000 | 15,000.00 | | 15,000.77 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.18 | | 15,000.95 |
| 01/05/10 | | ACCOUNT FUNDED: \*\*\*\*\*\*\*\*2720 | | 9999-000 | | 15,000.00 | 0.95 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 1.03 |
| 04/06/10 | | Wire out to BNYM account 9200\*\*\*\*\*\*2765 | Wire out to BNYM account 9200\*\*\*\*\*\*2765 | 9999-000 | -1.03 | | 0.00 |
| 04/09/10 | | Transfer in from account \*\*\*\*\*\*\*\*2720 | Transfer in from account \*\*\*\*\*\*\*\*2720 | 9999-000 | 15,005.67 | | 15,005.67 |
| 04/09/10 | | Wire out to BNYM account 9200\*\*\*\*\*\*2720 | Wire out to BNYM account 9200\*\*\*\*\*\*2720 | 9999-000 | -15,005.67 | | 0.00 |
| | | | ACCOUNT TOTALS | | 25,000.00 | 25,000.00 | $0.00 |
| | | | Less: Bank Transfers | | -1.03 | 25,000.00 | |
| | | | Subtotal | | 25,001.03 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $25,001.03 | $0.00 | |

{} Asset reference(s)    Printed: 11/02/2011 01:20 PM    V.12.57

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 08-72153 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | CHEZ, JASON D | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******27-19 - Money Market Account |
| Taxpayer ID #: | **-***5515 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 11/02/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/23/10 | | FROM 312072342719 | transfer from BNYM | 9999-000 | 10,026.31 | | 10,026.31 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest Earned | 1270-000 | 0.20 | | 10,026.51 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest Earned | 1270-000 | 1.28 | | 10,027.79 |
| 06/30/10 | Int | 063010 | Interest Earned | 1270-000 | 1.23 | | 10,029.02 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 1.28 | | 10,030.30 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 1.27 | | 10,031.57 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,031.65 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,031.73 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,031.81 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,031.89 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,031.97 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 10,032.04 |
| 03/10/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 10,032.06 |
| 03/14/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 10,032.07 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 10,032.11 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,032.19 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,032.27 |
| 06/06/11 | {20} | Jason Chez | portion of 2008 tax refund | 1224-000 | 614.64 | | 10,646.91 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,646.99 |
| 07/18/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.05 | | 10,647.04 |
| 07/18/11 | | To Account #9200******2720 | combining MMA's | 9999-000 | | 10,647.04 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 10,647.04 | 10,647.04 | $0.00 |
| Less: Bank Transfers | | 10,026.31 | 10,647.04 | |
| Subtotal | | 620.73 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $620.73 | $0.00 | |

{} Asset reference(s)  
Printed: 11/02/2011 01:20 PM   V.12.57

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 08-72153 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | CHEZ, JASON D | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******27-20 - Money Market Account |
| Taxpayer ID #: | **-***5515 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 11/02/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/09/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********2765 | Wire in from JPMorgan Chase Bank, N.A. account ********2765 | 9999-000 | 15,005.67 | | 15,005.67 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 1.17 | | 15,006.84 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 1.91 | | 15,008.75 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 1.85 | | 15,010.60 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 1.91 | | 15,012.51 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 1.91 | | 15,014.42 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 15,014.54 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 15,014.66 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 15,014.78 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 15,014.90 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 15,015.02 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 15,015.13 |
| 03/10/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 15,015.16 |
| 03/14/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 15,015.17 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 15,015.24 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 15,015.36 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 15,015.48 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 15,015.59 |
| 07/18/11 | | From Account #9200******2765 | combining MMA's | 9999-000 | 1.03 | | 15,016.62 |
| 07/18/11 | | From Account #9200******2719 | combining MMA's | 9999-000 | 10,647.04 | | 25,663.66 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 25,663.82 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 36.09 | 25,627.73 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 25,627.94 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 59.69 | 25,568.25 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -1.76 | 25,570.01 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 25,570.22 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 52.54 | 25,517.68 |
| 10/17/11 | 10101 | Carl C. Swanson, CPA | CPA fees | 3410-000 | | 2,350.00 | 23,167.68 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 23,167.88 |
| | | | ACCOUNT TOTALS | | 25,664.44 | 2,496.56 | $23,167.88 |
| | | | Less: Bank Transfers | | 25,653.74 | 0.00 | |
| | | | Subtotal | | 10.70 | 2,496.56 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $10.70 | $2,496.56 | |

{} Asset reference(s)

Printed: 11/02/2011 01:20 PM V.12.57

# Form 2
## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 08-72153 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | CHEZ, JASON D | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******27-65 - Money Market Account |
| Taxpayer ID #: | **-***5515 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 11/02/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********2765 | Wire in from JPMorgan Chase Bank, N.A. account ********2765 | 9999-000 | 1.03 | | 1.03 |
| 07/18/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.00 | | 1.03 |
| 07/18/11 | | To Account #9200******2720 | combining MMA's | 9999-000 | | 1.03 | 0.00 |
| | | | ACCOUNT TOTALS | | 1.03 | 1.03 | $0.00 |
| | | | Less: Bank Transfers | | 1.03 | 1.03 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

{} Asset reference(s)

Printed: 11/02/2011 01:20 PM    V.12.57

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 7

| Case Number: | 08-72153 | | Trustee: | MEGAN G. HEEG (330490) |
| --- | --- | --- | --- | --- |
| Case Name: | CHEZ, JASON D | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******27-66 - Checking Account |
| Taxpayer ID #: | **-***5515 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 11/02/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| TIA # ***-*****27-19 | 26.31 | 0.00 | 0.00 |
| TIA # ***-*****27-20 | 5.67 | 0.00 | 0.00 |
| MMA # ***-*****27-65 | 25,001.03 | 0.00 | 0.00 |
| MMA # 9200-******27-19 | 620.73 | 0.00 | 0.00 |
| MMA # 9200-******27-20 | 10.70 | 2,496.56 | 23,167.88 |
| MMA # 9200-******27-65 | 0.00 | 0.00 | 0.00 |
| Checking # 9200-******27-66 | 0.00 | 0.00 | 0.00 |
| | $25,664.44 | $2,496.56 | $23,167.88 |

{} Asset reference(s)

Printed: 11/02/2011 01:20 PM   V.12.57

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 08-72153
Case Name: CHEZ, JASON D
Trustee Name: MEGAN G. HEEG

**Balance on hand:** $ 23,167.88

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 8 | Bayhill at Gregg's Landing North Condominium Assoc | 1,176.99 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 23,167.88

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 3,316.42 | 0.00 | 3,316.42 |
| Trustee, Expenses - MEGAN G. HEEG | 48.87 | 0.00 | 48.87 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger & Lee | 5,418.75 | 0.00 | 5,418.75 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger & Lee | 1,490.85 | 0.00 | 1,490.85 |
| Accountant for Trustee, Fees - Carl C. Swanson, CPA | 2,350.00 | 2,350.00 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 10,274.89
Remaining balance: $ 12,892.99

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 12,892.99

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above that may be allowed by the Court, priority claims totaling $319,997.46 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7P-2 | Illinois Department of Revenue | 234.00 | 0.00 | 9.43 |
| 15P-2 | Internal Revenue Service | 319,763.46 | 0.00 | 12,883.56 |

Total to be paid for priority claims:  $   12,892.99
Remaining balance:  $   0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 585,879.19 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank/DFS Services LLC | 6,761.18 | 0.00 | 0.00 |
| 2 | FORESIGHT IMAGING | 19,765.25 | 0.00 | 0.00 |
| 3 | Fifth Third Bank | 12,912.79 | 0.00 | 0.00 |
| 4 | Fifth Third Bank | 14,101.15 | 0.00 | 0.00 |
| 5 | Fifth Third Bank | 56,580.87 | 0.00 | 0.00 |
| 6 | Castleguard Health | 7,301.91 | 0.00 | 0.00 |
| 7U-2 | Illinois Department of Revenue | 52.00 | 0.00 | 0.00 |
| 9-2 | Fifth Third Bank | 264,143.35 | 0.00 | 0.00 |
| 10 | American Express Bank FSB | 54,165.07 | 0.00 | 0.00 |
| 11 | American Express Bank FSB | 26,430.83 | 0.00 | 0.00 |
| 12 | American Express Bank FSB | 22,870.22 | 0.00 | 0.00 |
| 13 | American Express Bank FSB | 6,870.43 | 0.00 | 0.00 |
| 14 | Microboards Technology | 13,184.43 | 0.00 | 0.00 |
| 15U-2 | Internal Revenue Service | 26,676.10 | 0.00 | 0.00 |
| 16 | FIA CARD SERVICES, NA/BANK OF AMERICA | 54,063.61 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:  $   0.00
Remaining balance:  $   0.00

UST Form 101-7-TFR (05/1/2011)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

UST Form 101-7-TFR (05/1/2011)