**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

| | | |
|---|---|---|
| In re: CHEZ, JASON D | § | Case No. 08-72153 |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

211 South Court Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 01:00 on 12/21/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated: 11/02/2011 By: /s/MEGAN G. HEEG
Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

In re: CHEZ, JASON D § Case No. 08-72153
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of* $ 25,664.44

*and approved disbursements of* $ 2,496.56

*leaving a balance on hand of* [1] $ 23,167.88

**Balance on hand:** $ 23,167.88

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 8 | Bayhill at Gregg's Landing North Condominium Assoc | 1,176.99 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 23,167.88

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 3,316.42 | 0.00 | 3,316.42 |
| Trustee, Expenses - MEGAN G. HEEG | 48.87 | 0.00 | 48.87 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger & Lee | 5,418.75 | 0.00 | 5,418.75 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger & Lee | 1,490.85 | 0.00 | 1,490.85 |
| Accountant for Trustee, Fees - Carl C. Swanson, CPA | 2,350.00 | 2,350.00 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 10,274.89
Remaining balance: $ 12,892.99

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 12,892.99

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $319,997.46 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7P-2 | Illinois Department of Revenue | 234.00 | 0.00 | 9.43 |
| 15P-2 | Internal Revenue Service | 319,763.46 | 0.00 | 12,883.56 |

Total to be paid for priority claims: $ 12,892.99
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 585,879.19 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank/DFS Services LLC | 6,761.18 | 0.00 | 0.00 |
| 2 | FORESIGHT IMAGING | 19,765.25 | 0.00 | 0.00 |
| 3 | Fifth Third Bank | 12,912.79 | 0.00 | 0.00 |
| 4 | Fifth Third Bank | 14,101.15 | 0.00 | 0.00 |
| 5 | Fifth Third Bank | 56,580.87 | 0.00 | 0.00 |
| 6 | Castleguard Health | 7,301.91 | 0.00 | 0.00 |
| 7U-2 | Illinois Department of Revenue | 52.00 | 0.00 | 0.00 |
| 9 -2 | Fifth Third Bank | 264,143.35 | 0.00 | 0.00 |
| 10 | American Express Bank FSB | 54,165.07 | 0.00 | 0.00 |
| 11 | American Express Bank FSB | 26,430.83 | 0.00 | 0.00 |

| | | | | |
|---|---|---|---|---|
| 12 | American Express Bank FSB | 22,840.02 | 0.00 | 0.00 |
| 13 | American Express Bank FSB | 6,870.43 | 0.00 | 0.00 |
| 14 | Microboards Technology | 13,184.43 | 0.00 | 0.00 |
| 15U-2 | Internal Revenue Service | 26,676.10 | 0.00 | 0.00 |
| 16 | FIA CARD SERVICES, NA/BANK OF AMERICA | 54,063.61 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/MEGAN G. HEEG
Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
Jason D Chez
Debtor

Case No. 08-72153-MB
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-3 User: lorsmith Page 1 of 3 Date Rcvd: Nov 04, 2011
Form ID: pdf006 Total Noticed: 124

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2011.

db +Jason D Chez, 3310 Banford Circle, Lake In The Hills, IL 60156-6340
12444378 ADP, PO BOX 78415, PHOENIX, AZ 85062-8415
12444381 +AFC Industries, Anthony Gough, 13-16 133 Place, College Point, NY 11356-2024
12444384 +ANTHOLOGY SOLUTIONS, INC, 2457 AUGUSTINE DRIVE, SANTA CLARA, CA 95054-3002
12444385 AT & T, PO Box 8100, Aurora, IL 60507-8100
12444386 AT&T Teleconference Services, P.O. Box 2840, Omaha, NE 68103-2840
12444387 +AXA EQUITABLE, PO BOX 8004, BOSTON, MA 02266-8004
12444377 +Ace Label Systems, Inc., 7101 Madison Ave W, Golden Valley, MN 55427-3601
12444379 +Advanced Media, Inc/Ritek USA, 1440 Bridgegate Drive, Suite 395, Diamond Bar, CA 91765-3947
12444380 +Advantage Bookkeeping Professionals, 1700 Park St, Ste 111, Naperville, IL 60563-2356
12394071 +American Express, 30 South Wacker Drive, Suite 2600, Chicago, IL 60606-7512
12435914 American Express Bank FSB, POB 3001, Malvern, PA 19355-0701
12641621 American Express Bank FSB, c o Becket and Lee LLP, POB 3001, Malvern PA 19355-0701
12394072 +American Express Business Service, 30 South Wacker Drive, Suite 2600, Chicago, IL 60606-7512
12394073 +American Home Mortgage, 1250 S Grove Ave, Barrington, IL 60010-5010
12444382 American Medical Info, PO Box 3603, Omaha, NE 68103-0603
12444383 American Medical Information, PO Box 3603, Omaha, NE 68103-0603
12394074 Bank of America, P.O. Box 15710, Wilmington, DE 19886-5710
12444389 Bank of America-LOC, PO Box 15102, Wilmington, DE 19886-5102
12444390 +Barracuda Networks, George Gutierrez, 385 Ravendale Drive, Mountain View, CA 94043-5240
12445510 Blue Cross Blue Shield of Illinois, P O Box 1186, Chicago, IL 60690-1186
12444391 +Bucci Law Offices, P.A., 2600 North Andrews Avenue, Wilton Manors, FL 33311-2510
12444392 +Butler, Robbins, & White, 5701 Pine Island Road, Suite 360, Tamarac, FL 33321-4400
12394075 +C&C Medical, LLC, c/o Neil S. Ament, Esq., Law Offices of Neil S. Ament, 1955 Shermer Rd., Suite 400, Northbrook, IL 60062-5355
12444393 CANON BUSINESS SOLUTIONS, DEPT 77-6024, CHICAGO, IL 60673-6024
12444395 CEDARA SOFTWARE CORP, 6509 AIRPORT ROAD, MISSISSAUGA, ONTARIO, CANADA L4V 2S7,
12444397 CINGULAR WIRELESS, PO BOX 6428, CAROL STREAM, IL 60197-6428
12444401 +CORS, 1 Pierce Place, Ste. 295 W, Itasca, IL 60143-1253
12444402 COSTCO, PO Box 34783, Seattle, WA 98124-1783
12444394 Cardmember Services, P.O. Box 15153, Wilmington, DE 19886-5153
12445511 Castleguard Health, 57 Curtis Avenue South, Paris, Ontario, Canada N3L 3J4
12444396 +Cedric Spring & Associates, 525 Tyler Road, Suite P, Saint Charles, IL 60174-3360
12444399 +Codonics, 17991 Englewood Drive, Cleveland, OH 44130-3493
12444403 +Crystal Clear Communications, 1310 Thornwood Lane, Crystal Lake, IL 60014-5042
12444404 +DALEEN ENTERPRISES LLC, 300 E. PRINCETON AVE, BARRINGTON, IL 60010-5079
12444406 ++++DATA RECOVERY SYSTEMS, 15650 VINEYARD BLVD STE A, MORGAN HILL CA 95037-7107 (address filed with court: Data Recovery Systems, 15650 Vineyard Blvd., Suite A-111, Morgan Hill, CA 95037)
12444407 +DELUXE BUSINESS CHECKS, PO BOX 742572, CINCINNATI, OH 45274-2572
12444408 +DESIGN WERX, Attn. Marcy, W 4067 COUNTY ROAD ES, ELKHORN, WI 53121-3218
12444405 +Data Distributing, PO Box 1443, Santa Cruz, CA 95061-1443
12444409 +Digital Storage, Inc, 7611 Green Meadows Drive, Lewis Center, OH 43035-9445
12445512 Domain Registry of America, 2316 Delaware Ave, Suite 266, Buffalo, NY 14216-2687
12394078 ++EMCC INC, 5401 N PIMA RD, STE 150, SCOTTSDALE AZ 85250-2630 (address filed with court: EMCC Receivables LLC, 33 Riverside Dr., Pembroke, MA 02359)
12444410 +EmbroidMe, Attn: Accounts Payable, 2845 W. Dundee Road, Northbrook, IL 60062-2501
12444411 +FARMERS INSURANCE COMPANY, 655 Ridgeview Drive, Mchenry, IL 60050-7012
12394081 ++FIFTH THIRD BANK, MD# ROPS05 BANKRUPTCY DEPT, 1850 EAST PARIS SE, GRAND RAPIDS MI 49546-6253 (address filed with court: Fifth Third Bank, P.O. Box 630778, Cincinnati, OH 45263-0778)
12546259 +Fifth Third Bank, Attn: Bankruptcy Department/MD#ROPS05, 1850 E Paris SE, Grand Rapids MI 49546-6210
12601803 +Fifth Third Bank, c/o David L. Hazan, Diver, Grach, Quade & Masini, LLP, 111 N. County Street, Waukegan, IL 60085-4344
12394079 +Fifth Third Bank, 225 Aptakisic Rd., Lincolnshire, IL 60069-4310
12394080 +Fifth Third Bank, 9400 S. Cicero Ave., Oak Lawn, IL 60453-2536
12444414 GLOBALCOM, 4070 Paysphere Circle, Chicago, IL 60674-0040
12394082 +Harris Bank, 824 N Western Ave., Lake Forest, IL 60045-1703
12444415 +Hatch Medical, Mr. Pat Hatch, 3915 W Greenfield Ave, Milwaukee, WI 53215-1329
12444416 Hinckley Springs, PO Box 660579, Dallas, TX 75266-0579
12444417 IDES, P.O. Box 19300, Springfield, IL 62794-9300
12394083 ++ILLINOIS DEPARTMENT OF REVENUE, P O BOX 64338, CHICAGO IL 60664-0338 (address filed with court: Illinois Department of Revenue, 100 W. Randolph, Bankruptcy Section-Level 7-425, Chicago, IL 60601)
12444420 +INFOSOURCE GROUP OF COMPANIES, 4410 MASSACHUSETTS AVENUE, WASHINGTON, DC 20016-5561
12444418 Illinois Department of Revenue Bankruptcy Section, P.O. Box 64338, Chicago, IL 60664-0338
12444419 +Illinois Secretary of State, Dept. of Business Services, Liability Limitation Division Room 351,, Springfield, IL 62756-0001
12394084 Internal Revenue Service, Special Procedures Branch, POB 7346, Philadelphia, PA 19101-7346
12444421 +J & E Media Inc. (DBA: J & E Enterprise, P.O. Box 1649, Duarte, CA 91009-4649
12444422 +Javaccounting, P.A., Inc., C/O: Javaccounting, P.A., Inc., 2 Don Carlos Court, Hanover Park, IL 60133-6704
12444423 +John Heinzmann, 6601 44th. Avenue, Kenosha, WI 53142-3208

12444426 +KSD PROPERTIES, SHERMER OFFICE CENTER, 1955 SHERMER ROAD, SUITE 300, NORTHBROOK, IL 60062-5363
12444424 Kelly Services, 1212 Solutions Center, Chicago, IL 60677-1002
12444425 +Kristyn Henthorn, 13930 Lynmar Blvd, Tampa, FL 33626-3123
12444427 +LAKE COUNTY PRESS, PO BOX 9209, WAUKEGAN, IL 60079-9209
12444428 +LINDA JAMES, 310 N CARDINAL AVENUE, ADDISON, IL 60101-2913
12444429 +LOGSDON OFFICE SUPPLY, 1055 ARTHUR SVENUE, ELK GROVE, IL 60007-5218
12394086 +Leadertech System of Chicago, c/o Stein and Rotman, 105 W. Madison St., Chicago, IL 60602-4602
12394087 +Libertyville Bank & Trust, 507 N. Milwaukee Ave., Libertyville, IL 60048-2000
12444430 MAINE COMMUNICATIONS, 733 LEE STREET, SUITE 150, DES PLAINES, IL 60016-6566
12444431 MBNA, PLATINUM PLUS FOR BUSINESS, PO BOX 15469, WILMINGTON, DE 19886-5469
12444433 MMC, Inc., Mr. Kevin Teubner, 7001 Howdershell Road, St. Louis, MI 63042-3805
12444432 +Microboards Technology, Attn: Amy Nelson, 8150 Mallory Ct, Chanhassen, MN 55317-8586
12444434 +NEIL S. AMENT, 1955 SHERMER RAOD, NORTHBROOK, IL 60062-5380
12444438 +NS COMMUNICATIONS, 1956 W. FARRAGUT AVENUE, CHICAGO, IL 60640-1035
12444439 +NVISION ENGINEERING, 223 Wood Glen Ln, Oak Brook, IL 60523-1530
12394088 +Neiman Marcus, 737 N Michigan Ave # 1, Chicago, IL 60611-2657
12394089 +Netsuite, c/o McMahon Serepca, LLP, 100 Marine Parkway, Suite 350, Redwood Shores, CA 94065-5230
12444435 +NewWave Technologies Inc, Russell Juenemann, 200 Girard Street, Suite 214, Gaithersburg, MD 20877-3490
12394090 +North Shore Gas, Attn: Customer Service, 3001 Grand Ave., Waukegan, IL 60085-2396
12444440 +OPTICAL STORAGE SPECIALISTS, 6182 SPRINGER WAY, SAN JOSE, CA 95123-5133
12444442 +PATRICK PITRE, 471 FOXBORO DRIVE, WHEELING, IL 60090-4300
12444443 +PLURO TECH, 2800 W PETERSON, SUITE 101, CHICAGO, IL 60659-3816
12444444 +PRIME DISC USA, 3964 RIVERMARK PLAZA, MS-432, SANTA CLARA, CA 95054-4155
12444441 +Pacsgear, Attn: Lisa Peasley, 7020 Koll Center Parkway, Suite 100, Pleasanton, CA 94566-3257
12444445 +RAVID & BERNSTEIN LLP, ACCOUNTS PAYABLE, 230 W MONROE, SUITE 330, CHICAGO, IL 60606-4701
12444447 RIMAGE CORPORATION, NW5255, PO BOX 1450, MINNEAPOLIS, MN 55485-5255
12444448 RSNA Meetings Department, Technical Exhibits, 820 Jorie Blvd., Oak Brook, IL 60523-2251
12444449 +SANJU ABRAHAM, 6300 KINGERY HIGHWAY # 416, PMB# 180, WILLOWBROOK, IL 60527-2271
12444450 +SCPMG, PHYSICIAN EDUCATION/PROF EDU, 100 SOUTH LOS ROBLES, SUITE 101, PASADENA, CA 91188-0001
12444451 +SENECA DATA, ATTN: BETTI FEATHERLY, 7401 ROUND POND ROAD, N. SYRACUSE, NY 13212-2515
12444452 +STAHL, COWEN & CROWLEY LLC, 55 WEST MONROE STREET, CHICAGO, IL 60603-5126
12394091 Sanju Abraham, 1125 E. Saint Charles Rd., Suite 100, Lombard, IL 60148-2085
12445513 +Saul Chez Enterprises Ltd, c/o Barry P Siegel Esq, Stahl Cowen Crowley LLLP, 55 W Monore St, Suite 1200, Chicago, IL 60603-5127
12394092 +Sunrise Harbor MultiFamily, Inc., 1030 Seminold Dr., Fort Lauderdale, FL 33304-3224
12394093 +Sunrise Harbor MultiFamily, Inc., 1030 Seminole Dr., Fort Lauderdale, FL 33304-3224
12444453 +TDK ELECTRONICS CORP, 96846 COLLECTION CENTER DR, CHICAGO, IL 60693-0968
12444456 THE TAPE COMPANY, PO BOX 95169, PALATINE, IL 60095-0169
12394094 +Tangley Oaks Homeowners Assoc., c/o McMaster Drake, Inc., 6906 Buckby Road, Lake Geneva, WI 53147-3600
12444454 +Techno-Aide, Lisa Hagood, 7117 Centennial Blvd, Nashville, TN 37209-1018
12444455 +Techware Distribution Inc., 7700 West 78th Street, Minneapolis, MN 55439-2520
12394095 +Tim L. Kelley, 914 S. Cook St., Barrington, IL 60010-5002
12444457 +U.S. ELECTRONICS, INC, 1342 COLORADO AVENUE S, MINNEAPOLIS, MN 55416-1220
12444458 +ULINE, 2200 S. LAKESIDE DRIVE, WAUKEGAN, IL 60085-8311
12444459 UPS, LOCKBOX 577, CAROL STREAM, IL 60132-0577
12444460 USF Holland, 750 East 40th. Street, P.O. Box 9021, Holland, MI 49422-9021
12394096 +United Health Solutions, Inc., c/o Neil S. Ament, Esq., Law Offices of Neil S. Ament, 1955 Shermer Rd., Suite 400, Northbrook, IL 60062-5355
12394097 +University Of Chicago, Attn: Beth Harris, 5801 S. Ellis Ave., #619, Chicago, IL 60637-1546
12444461 +VERBATIM CORP, PO BOX 75187, CHARLOTTE, NC 28275-0187
12444463 +VIDAR SYSTEMS CORP, 365 HERNDON PKWY, HERNDON, VA 20170-6236
12444464 WESTFAX, DEPARTMENT #1733, DENVER, CO 80291-1733
12444465 +WIRED ELECTRIC, INC, 164 N. WILLIAMS, PALATINE, IL 60074-5631
12444466 +ZOOMERS MESSENGER SERVICE, 9337 N. HARLEM AVENUE, MORTON GROVE, IL 60053-1245

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
12590395 +E-mail/Text: ndaily@ksnlaw.com Nov 05 2011 00:07:36 Bayhill at Gregg’s Landing North Condominium Assoc, c/o Kovitz Shifrin Nesbit, 750 West Lake Cook Rd., Suite 350, Buffalo Grove, IL 60089-2088
12444400 E-mail/Text: legalcollections@comed.com Nov 05 2011 00:07:07 COM-ED, BILL PAYMENT CENTER, CHICAGO, IL 60668-0001
12394076 E-mail/Text: BK.Notifications@jpmchase.com Nov 05 2011 00:06:46 Chase Auto Finance, P.O. Box 78067, Phoenix, AZ 85062-8067
12394077 E-mail/PDF: mrdiscen@discoverfinancial.com Nov 05 2011 02:50:12 Discover Card, PO Box 15192, Wilmington, DE 19850-5192
12525686 E-mail/PDF: mrdiscen@discoverfinancial.com Nov 05 2011 02:50:12 Discover Bank/DFS Services LLC, PO Box 3025, New Albany OH 43054-3025
13021552 E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 05 2011 02:49:50 FIA CARD SERVICES, NA/BANK OF AMERICA, by American InfoSource LP as its agent, PO Box 248809, Oklahoma City, OK 73124-8809
12444413 E-mail/PDF: gecsedi@recoverycorp.com Nov 05 2011 02:51:10 GE MONEY BANK, PO BOX 960061, ORLANDO, FL 32896-0061

District/off: 0752-3 User: lorsmith Page 3 of 3 Date Rcvd: Nov 04, 2011
Form ID: pdf006 Total Noticed: 124

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

12394085 E-mail/Text: idiaz2@co.lake.il.us Nov 05 2011 00:07:17 Lake County Tax Assessor, 18 N. County Street, Waukegan, IL 60085-4351
12444436 E-mail/Text: bankrup@nicor.com Nov 05 2011 00:06:31 NICOR, PO Box 416, Aurora, IL 60568-0001
12444462 E-mail/PDF: bankruptcyverizonwireless@afninet.com Nov 05 2011 02:50:04 VERIZON WIRELESS, PO BOX 25505, Lehigh Valley, PA 18002-5505

TOTAL: 10

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

aty Emily R Vivian
12657994* American Express Bank FSB, c o Becket and Lee LLP, POB 3001, Malvern PA 19355-0701
12657995* American Express Bank FSB, c o Becket and Lee LLP, POB 3001, Malvern PA 19355-0701
12657996* American Express Bank FSB, c o Becket and Lee LLP, POB 3001, Malvern PA 19355-0701
12445515* +Verbatim Corp, P O Box 75187, Charlotte, NC 28275-0187
12445514* Verizon Wireless, P O Box 25505, Lehigh Valley, PA 18002-5505
12444388 ##BANK OF AMERICA, PO Box 17322, Baltimore, MD 21297-1322
12444398 ##+CITICAPITAL, 450 MAMARONECK AVENUE, 4TH FLOOR, HARRISON, NY 10528-2402
12444412 ##+FORESIGHT IMAGING, 70 INDUSTRIAL AVENUE EAST, LOWELL, MA 01852-5110
12444437 ##+North American Magnetics, Attn Sandra Jenkins, 2351 W. Northwest Hwy, Suite 1120, Dallas, TX 75220-4488
12444446 ##+RICHARD ROST, 3414 GREEN PASTURES RD, CARPENTERSVILLE, IL 60110-3210

TOTALS: 1, * 5, ## 5

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 06, 2011** **Signature:** Joseph Speetjens