# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### ROCKFORD DIVISION

| | |
|---|---|
| In re: CHEZ, JASON D | §   Case No. 08-72153 |
| | § |
| | § |
| Debtor(s) | § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $518,764.00 | Assets Exempt:  $0.00 |
| *(without deducting any secured claims)* | |
| Total Distribution to Claimants: $12,893.46 | Claims Discharged Without Payment: $3,292,597.39 |
| Total Expenses of Administration:  $12,771.45 | |

3)  Total gross receipts of $    25,664.91    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $        0.00        (see **Exhibit 2** ), yielded net receipts of $25,664.91 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $200,000.00 | $1,176.99 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 12,771.45 | 12,771.45 | 12,771.45 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 346,804.00 | 319,997.46 | 319,997.46 | 12,893.46 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,980,707.95 | 585,879.19 | 585,879.19 | 0.00 |
| **TOTAL DISBURSEMENTS** | $3,527,511.95 | $919,825.09 | $918,648.10 | $25,664.91 |

4) This case was originally filed under Chapter 7 on July 08, 2008.
The case was pending for 45 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/26/2012_____   By: _/s/MEGAN G. HEEG_____
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO
FINAL ACCOUNT**

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Attorney Fees  Turnover | 1290-000 | 10,000.00 |
| Other Personal Property (unscheduled) | 1241-000 | 15,000.00 |
| TAX REFUNDS | 1224-000 | 614.64 |
| Interest Income | 1270-000 | 50.27 |
| **TOTAL GROSS RECEIPTS** | | **$25,664.91** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | Bayhill at Gregg's Landing North Condominium Assoc | 4110-000 | N/A | 1,176.99 | 0.00 | 0.00 |
| NOTFILED | Harris Bank | 4110-000 | 100,000.00 | N/A | N/A | 0.00 |
| NOTFILED | American Home Mortgage | 4110-000 | 100,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$200,000.00** | **$1,176.99** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 3,316.42 | 3,316.42 | 3,316.42 |
| MEGAN G. HEEG | 2200-000 | N/A | 48.87 | 48.87 | 48.87 |
| Ehrmann Gehlbach Badger & Lee | 3110-000 | N/A | 5,418.75 | 5,418.75 | 5,418.75 |
| Ehrmann Gehlbach Badger & Lee | 3120-000 | N/A | 1,490.85 | 1,490.85 | 1,490.85 |
| Carl C. Swanson, CPA | 3410-000 | N/A | 2,350.00 | 2,350.00 | 2,350.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 36.09 | 36.09 | 36.09 |
| The Bank of New York Mellon | 2600-000 | N/A | 59.69 | 59.69 | 59.69 |
| The Bank of New York Mellon | 2600-000 | N/A | -1.76 | -1.76 | -1.76 |
| The Bank of New York Mellon | 2600-000 | N/A | 52.54 | 52.54 | 52.54 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 12,771.45 | 12,771.45 | 12,771.45 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7P | Illinois Department of Revenue | 5200-000 | 234.00 | N/A | N/A | 0.00 |
| 7P-2 | Illinois Department of Revenue | 5800-000 | 234.00 | 234.00 | 234.00 | 9.43 |
| 15P | Internal Revenue Service | 5200-000 | 336,240.00 | N/A | N/A | 0.00 |
| 15P-2 | Internal Revenue Service | 5800-000 | N/A | 319,763.46 | 319,763.46 | 12,884.03 |
| NOTFILED | Lake County Tax Assessor | 5200-000 | 4,350.00 | N/A | N/A | 0.00 |
| NOTFILED | Lake County Tax Assessor | 5200-000 | 5,746.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 346,804.00 | 319,997.46 | 319,997.46 | 12,893.46 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank/DFS Services LLC | 7100-000 | 5,000.00 | 6,761.18 | 6,761.18 | 0.00 |
| 2 | FORESIGHT IMAGING | 7100-000 | 19,765.25 | 19,765.25 | 19,765.25 | 0.00 |
| 3 | Fifth Third Bank | 7100-000 | 12,418.00 | 12,912.79 | 12,912.79 | 0.00 |
| 4 | Fifth Third Bank | 7100-000 | 13,524.00 | 14,101.15 | 14,101.15 | 0.00 |
| 5 | Fifth Third Bank | 7100-000 | 55,530.00 | 56,580.87 | 56,580.87 | 0.00 |
| 6 | Castleguard Health | 7100-000 | unknown | 7,301.91 | 7,301.91 | 0.00 |
| 7U | Illinois Department of Revenue | 7100-000 | 52.00 | N/A | N/A | 0.00 |
| 7U-2 | Illinois Department of Revenue | 7100-000 | 52.00 | 52.00 | 52.00 | 0.00 |
| 9 | Fifth Third Bank | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 9 -2 | Fifth Third Bank | 7100-000 | 0.00 | 264,143.35 | 264,143.35 | 0.00 |
| 10 | American Express Bank FSB | 7100-000 | 54,165.07 | 54,165.07 | 54,165.07 | 0.00 |
| 11 | American Express Bank FSB | 7100-000 | 26,430.00 | 26,430.83 | 26,430.83 | 0.00 |
| 12 | American Express Bank FSB | 7100-000 | 22,870.00 | 22,870.22 | 22,870.22 | 0.00 |
| 13 | American Express Bank FSB | 7100-000 | 6,870.00 | 6,870.43 | 6,870.43 | 0.00 |
| 14 | Microboards Technology | 7100-000 | 13,346.43 | 13,184.43 | 13,184.43 | 0.00 |
| 15S | Internal Revenue Service | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 15U | Internal Revenue Service | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 15U-2 | Internal Revenue Service | 7100-000 | N/A | 26,676.10 | 26,676.10 | 0.00 |
| 16 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | 54,063.00 | 54,063.61 | 54,063.61 | 0.00 |
| NOTFILED | North Shore Gas | 7100-000 | 1,200.00 | N/A | N/A | 0.00 |
| NOTFILED | North American Magnetics | 7100-000 | 600.00 | N/A | N/A | 0.00 |
| NOTFILED | NewWave Technologies Inc | 7100-000 | 10,015.87 | N/A | N/A | 0.00 |
| NOTFILED | NICOR | 7100-000 | 472.75 | N/A | N/A | 0.00 |
| NOTFILED | Netsuite c/o McMahon Serepca, LLP | 7100-000 | 16,600.00 | N/A | N/A | 0.00 |
| NOTFILED | Neiman Marcus | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | NVISION ENGINEERING | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | NS COMMUNICATIONS | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | PRIME DISC USA | 7100-000 | 10,250.00 | N/A | N/A | 0.00 |
| NOTFILED | RAVID & BERNSTEIN LLP ACCOUNTS PAYABLE | 7100-000 | 3,300.00 | N/A | N/A | 0.00 |
| NOTFILED | PATRICK PITRE | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | PLURO TECH | 7100-000 | 1,125.00 | N/A | N/A | 0.00 |
| NOTFILED | OPTICAL STORAGE SPECIALISTS | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Pacsgear | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | KSD PROPERTIES SHERMER OFFICE CENTER | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Libertyville Bank & Trust | 7100-000 | 209,000.00 | N/A | N/A | 0.00 |
| NOTFILED | MMC, Inc., Mr. Kevin Teubner | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | MBNA PLATINUM PLUS FOR BUSINESS | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | MAINE COMMUNICATIONS | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | LINDA JAMES | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | LOGSDON OFFICE SUPPLY | 7100-000 | 45.65 | N/A | N/A | 0.00 |
| NOTFILED | NEIL S. AMENT | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | RICHARD ROST | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Leadertech System of Chicago c/o Stein and Rotman | 7100-000 | 23,442.00 | N/A | N/A | 0.00 |
| NOTFILED | LAKE COUNTY PRESS | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Javaccounting, P.A., Inc. C/O: Javaccounting, P.A., | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Kristyn Henthorn | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Kelly Services | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | John Heinzmann | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Libertyville Bank & Trust Loan Dept. | 7100-000 | 10,784.46 | N/A | N/A | 0.00 |
| NOTFILED | Tangley Oaks Homeowners Assoc. c/o McMaster Drake, | 7100-000 | 1,724.00 | N/A | N/A | 0.00 |
| NOTFILED | RIMAGE CORPORATION | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | VERBATIM CORP | 7100-000 | 858.38 | N/A | N/A | 0.00 |
| NOTFILED | Verizon Wireless | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | USF Holland | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Verbatim Corp | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | VERIZON WIRELESS | 7100-000 | 549.51 | N/A | N/A | 0.00 |
| NOTFILED | UPS | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | WESTFAX | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | VIDAR SYSTEMS CORP | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Zoomers Messenger Service | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | ZOOMERS MESSENGER SERVICE | 7100-000 | 448.78 | N/A | N/A | 0.00 |
| NOTFILED | University Of Chicago | 7100-000 | 2,024,616.00 | N/A | N/A | 0.00 |
| NOTFILED | WIRED ELECTRIC, INC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Uline | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | ULINE | 7100-000 | 662.82 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | SENECA DATA | 7100-000 | unknown | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| NOTFILED | STAHL, COWEN & CROWLEY LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Saul Chez Enterprises, Ltd. c/o Barry P. Siegel, Esq. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | SCPMG PHYSICIAN EDUCATION/PROF EDU | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Sunrise Harbor MultiFamily, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | SANJU ABRAHAM | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | TDK ELECTRONICS CORP | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | J & E Media Inc. (DBA: J & E Enterprise | 7100-000 | 9,585.55 | N/A | N/A | 0.00 |
| NOTFILED | Timothy L. Kelley | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | U.S. ELECTRONICS, INC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Techware Distribution Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | THE TAPE COMPANY | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | RSNA Meetings Department Technical Exhibits | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Techno-Aide Lisa Hagood | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank | 7100-000 | 265,000.00 | N/A | N/A | 0.00 |
| NOTFILED | AFC Industries Anthony Gough | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | American Medical Information | 7100-000 | 1,046.98 | N/A | N/A | 0.00 |
| NOTFILED | Advantage Bookkeeping Professionals | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Advanced Media, Inc/Ritek USA | 7100-000 | 7,645.00 | N/A | N/A | 0.00 |
| NOTFILED | Ace Label Systems, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | ADP | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | ANTHOLOGY SOLUTIONS, INC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | AT & T | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Barracuda Networks George Gutierrez | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Blue Cross Blue Shield of Illinois | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Bank of America-LOC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | BANK OF AMERICA | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | AT&T Teleconference Services | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | AXA EQUITABLE | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Bucci Law Offices, P.A. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Butler, Robbins, & White | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | EmbroidMe | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | EMCC Receivables LLC | 7100-000 | 30,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Domain Registry of America | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Digital Storage, Inc | 7100-000 | 429.93 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | DELUXE BUSINESS CHECKS | 7100-000 | unknown | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| NOTFILED | DESIGN WERX | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | FARMERS INSURANCE COMPANY | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | IDES | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Illinois Secretary of State Dept. of Business Services | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Hinckley Springs | 7100-000 | 370.99 | N/A | N/A | 0.00 |
| NOTFILED | Hatch Medical Mr. Pat Hatch | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | GE MONEY BANK | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | GLOBALCOM | 7100-000 | 2,257.41 | N/A | N/A | 0.00 |
| NOTFILED | Data Recovery Systems | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Data Distributing | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Cedric Spring & Associates | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Chase Auto Finance | 7100-000 | 62,133.00 | N/A | N/A | 0.00 |
| NOTFILED | CEDARA SOFTWARE CORP | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Castleguard Health | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | CANON BUSINESS SOLUTIONS | 7100-000 | 1,045.59 | N/A | N/A | 0.00 |
| NOTFILED | Cardmember Services | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | CINGULAR WIRELESS | 7100-000 | 1,312.53 | N/A | N/A | 0.00 |
| NOTFILED | CITICAPITAL | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Crystal Clear Communications | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | DALEEN ENTERPRISES LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | COSTCO | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | CORS | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Codonics | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | COM-ED BILL PAYMENT CENTER | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | INFOSOURCE GROUP OF COMPANIES | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 2,980,707.95 | 585,879.19 | 585,879.19 | 0.00 |

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

| | |
|---|---|
| Case Number: 08-72153 | Trustee:    (330490)    MEGAN G. HEEG |
| Case Name:    CHEZ, JASON D | Filed (f) or Converted (c):  07/08/08 (f) |
| | §341(a) Meeting Date:  08/01/08 |
| Period Ending: 03/26/12 | Claims Bar Date:  01/12/09 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 1991 Crenshaw, Vernon Hills, IL 60061, * Value o | 462,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash on hand | 100.00 | 0.00 | DA | 0.00 | FA |
| 3 | Financial accounts, financial institution shares (AXA Advisors) | 114.00 | 0.00 | DA | 0.00 | FA |
| 4 | Financial accounts, financial institution shares (Glenview State Bank) | 400.00 | 0.00 | DA | 0.00 | FA |
| 5 | Security deposits | 450.00 | 0.00 | DA | 0.00 | FA |
| 6 | Household goods and furnishings | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Books, art, antiques and collectibles | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Wearing apparel | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 9 | Firearms, sports, photographic and hobby equip. | 200.00 | 0.00 | DA | 0.00 | FA |
| 10 | Interests in insurance policies | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | Interests in insurance policies | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | Stock and interests in businesses (C&C Medical) | 0.00 | 0.00 | DA | 0.00 | FA |
| 13 | Stock and interests in businesses (Health Service) | 0.00 | 0.00 | DA | 0.00 | FA |
| 14 | Stock and interests in businesses (United Health) | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | Stock and interests in businesses (Radmed) | 0.00 | 0.00 | DA | 0.00 | FA |
| 16 | Stock and interests in businesses 2,600 shares held by Jason Chez Trust (spendthrift) | 36,000.00 | 0.00 | DA | 0.00 | FA |
| 17 | death benefit plan, life insurance, or trust (Jason Chez GST Exempt Trust) | 0.00 | 0.00 | DA | 0.00 | FA |
| 18 | Attorney Fees  Turnover (u) Per Court order in connecton with UST's Section 329 Motion | 0.00 | 10,000.00 | | 10,000.00 | FA |
| 19 | Other Personal Property (unscheduled)  (u) Compromise with Saul Chez Enterprieses for Debtor's pre-bankruptcy stock transfer and pension | 0.00 | 15,000.00 | | 15,000.00 | FA |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

| | |
|---|---|
| **Case Number:** 08-72153 | **Trustee:**   (330490)   MEGAN G. HEEG |
| **Case Name:**   CHEZ, JASON D | **Filed (f) or Converted (c):** 07/08/08 (f) |
| | **§341(a) Meeting Date:**   08/01/08 |
| **Period Ending:** 03/26/12 | **Claims Bar Date:**   01/12/09 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | termination | | | | | |
| 20 | TAX REFUNDS  (u)<br>    Portion of 2008 tax refund (debtor filed his 2008 tax<br>    return in 2011) | 0.00 | 614.64 | | 614.64 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 50.27 | FA |
| **21** | **Assets**     **Totals** (Excluding unknown values) | **$518,764.00** | **$25,614.64** | | **$25,664.91** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   February 28, 2010        **Current Projected Date Of Final Report (TFR):**   October 26, 2011  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 08-72153 | |
| Case Name: | CHEZ, JASON D | |
| | | |
| Taxpayer ID #: | **-***5515 | |
| Period Ending: | 03/26/12 | |

| | |
|---|---|
| Trustee: | MEGAN G. HEEG (330490) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****27-19 - Time Deposit Account |
| Blanket Bond: | $1,500,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/17/08 | | FUNDING ACCOUNT: ********2765 | | 9999-000 | 10,000.00 | | 10,000.00 |
| 02/17/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 8.73 | | 10,008.73 |
| 05/18/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.74 | | 10,012.47 |
| 08/17/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 3.75 | | 10,016.22 |
| 09/16/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.23 | | 10,017.45 |
| 10/16/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.24 | | 10,018.69 |
| 11/16/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.28 | | 10,019.97 |
| 12/16/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.23 | | 10,021.20 |
| 01/15/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.24 | | 10,022.44 |
| 02/16/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.31 | | 10,023.75 |
| 03/18/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.24 | | 10,024.99 |
| 04/19/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.32 | | 10,026.31 |
| 04/23/10 | | to 9200-0072342719 | Transfer funds to BNYM | 9999-000 | | 10,026.31 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 10,026.31 | 10,026.31 | $0.00 |
| Less: Bank Transfers | | 10,000.00 | 10,026.31 | |
| Subtotal | | 26.31 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $26.31 | $0.00 | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 08-72153 |
| Case Name: | CHEZ, JASON D |
| | |
| Taxpayer ID #: | **-***5515 |
| Period Ending: | 03/26/12 |

| | |
|---|---|
| Trustee: | MEGAN G. HEEG (330490) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****27-20 - Time Deposit Account |
| Blanket Bond: | $1,500,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Time Deposit Account Balance |
|---|---|---|---|---|---|---|---|
| 01/05/10 | | FUNDING ACCOUNT: ********2765 | | 9999-000 | 15,000.00 | | 15,000.00 |
| 02/04/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 1.85 | | 15,001.85 |
| 03/08/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 1.97 | | 15,003.82 |
| 04/07/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 1.85 | | 15,005.67 |
| 04/09/10 | | Transfer out to account ********2765 | Transfer out to account ********2765 | 9999-000 | -15,005.67 | | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | -5.67 | 0.00 | |
| Subtotal | 5.67 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $5.67 | $0.00 | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 08-72153 | |
| **Case Name:** | CHEZ, JASON D | |
| | | |
| **Taxpayer ID #:** | **-***5515 | |
| **Period Ending:** | 03/26/12 | |

| | |
|---|---|
| **Trustee:** | MEGAN G. HEEG (330490) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****27-65 - Money Market Account |
| **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/20/08 | {18} | Adelman & Gettleman, LTD | attorneys fees turnover | 1290-000 | 10,000.00 | | 10,000.00 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.32 | | 10,000.32 |
| 11/17/08 | | ACCOUNT FUNDED: ********2719 | | 9999-000 | | 10,000.00 | 0.32 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.45 | | 0.77 |
| 12/21/09 | {19} | Sanford C. Bernstein & Co. | Saul Chez Enterprises compromise | 1241-000 | 15,000.00 | | 15,000.77 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.18 | | 15,000.95 |
| 01/05/10 | | ACCOUNT FUNDED: ********2720 | | 9999-000 | | 15,000.00 | 0.95 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.08 | | 1.03 |
| 04/06/10 | | Wire out to BNYM account 9200*****2765 | Wire out to BNYM account 9200*****2765 | 9999-000 | -1.03 | | 0.00 |
| 04/09/10 | | Transfer in from account ********2720 | Transfer in from account ********2720 | 9999-000 | 15,005.67 | | 15,005.67 |
| 04/09/10 | | Wire out to BNYM account 9200*****2720 | Wire out to BNYM account 9200*****2720 | 9999-000 | -15,005.67 | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 25,000.00 | 25,000.00 | $0.00 |
| Less: Bank Transfers | -1.03 | 25,000.00 | |
| **Subtotal** | 25,001.03 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$25,001.03** | **$0.00** | |

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 08-72153 | |
| Case Name: | CHEZ, JASON D | |
| | | |
| Taxpayer ID #: | **-***5515 | |
| Period Ending: | 03/26/12 | |

| | |
|---|---|
| Trustee: | MEGAN G. HEEG (330490) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******27-19 - Money Market Account |
| Blanket Bond: | $1,500,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/23/10 | | FROM 312072342719 | transfer from BNYM | 9999-000 | 10,026.31 | | 10,026.31 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest Earned | 1270-000 | 0.20 | | 10,026.51 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest Earned | 1270-000 | 1.28 | | 10,027.79 |
| 06/30/10 | Int | 063010 | Interest Earned | 1270-000 | 1.23 | | 10,029.02 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.1500% | 1270-000 | 1.28 | | 10,030.30 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.1500% | 1270-000 | 1.27 | | 10,031.57 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 10,031.65 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 10,031.73 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 10,031.81 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 10,031.89 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 10,031.97 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 10,032.04 |
| 03/10/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.02 | | 10,032.06 |
| 03/14/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 10,032.07 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 10,032.11 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 10,032.19 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 10,032.27 |
| 06/06/11 | {20} | Jason Chez | portion of 2008 tax refund | 1224-000 | 614.64 | | 10,646.91 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 10,646.99 |
| 07/18/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.05 | | 10,647.04 |
| 07/18/11 | | To Account #9200******2720 | combining MMA's | 9999-000 | | 10,647.04 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 10,647.04 | 10,647.04 | $0.00 |
| Less: Bank Transfers | 10,026.31 | 10,647.04 | |
| Subtotal | 620.73 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $620.73 | $0.00 | |

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 08-72153 |
| Case Name: | CHEZ, JASON D |
| | |
| Taxpayer ID #: | **-***5515 |
| Period Ending: | 03/26/12 |

| | |
|---|---|
| Trustee: | MEGAN G. HEEG (330490) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******27-20 - Money Market Account |
| Blanket Bond: | $1,500,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/09/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********2765 | Wire in from JPMorgan Chase Bank, N.A. account ********2765 | 9999-000 | 15,005.67 | | 15,005.67 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 1.17 | | 15,006.84 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 1.91 | | 15,008.75 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 1.85 | | 15,010.60 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 1.91 | | 15,012.51 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | 1.91 | | 15,014.42 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 15,014.54 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 15,014.66 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 15,014.78 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 15,014.90 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 15,015.02 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 15,015.13 |
| 03/10/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 15,015.16 |
| 03/14/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 15,015.17 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 15,015.24 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 15,015.36 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 15,015.48 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 15,015.59 |
| 07/18/11 | | From Account #9200******2765 | combining MMA's | 9999-000 | 1.03 | | 15,016.62 |
| 07/18/11 | | From Account #9200******2719 | combining MMA's | 9999-000 | 10,647.04 | | 25,663.66 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 25,663.82 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 36.09 | 25,627.73 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 25,627.94 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 59.69 | 25,568.25 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -1.76 | 25,570.01 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 25,570.22 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 52.54 | 25,517.68 |
| 10/17/11 | 10101 | Carl C. Swanson, CPA | CPA fees | 3410-000 | | 2,350.00 | 23,167.68 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 23,167.88 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 23,168.07 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.19 | | 23,168.26 |
| 01/16/12 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.09 | | 23,168.35 |
| 01/16/12 | Int | The Bank of New York Mellon | Interest Earned | 1270-000 | 0.01 | | 23,168.36 |
| 01/16/12 | | To Account #9200******2767 | final distribution | 9999-000 | | 23,168.35 | 0.01 |
| 01/16/12 | | transfer from the 20 account to the 66 account | transfer to show after hour interest | 9999-000 | | 0.01 | 0.00 |

| | | | | Subtotals : | $25,664.92 | $25,664.92 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 08-72153 |
| Case Name: | CHEZ, JASON D |
| | |
| Taxpayer ID #: | **-***5515 |
| Period Ending: | 03/26/12 |

| | |
|---|---|
| Trustee: | MEGAN G. HEEG (330490) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******27-20 - Money Market Account |
| Blanket Bond: | $1,500,000.00   (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 25,664.92 | 25,664.92 | $0.00 |
| | | | Less: Bank Transfers | | 25,653.74 | 23,168.36 | |
| | | | **Subtotal** | | 11.18 | 2,496.56 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$11.18** | **$2,496.56** | |

Exhibit 9

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 08-72153 |
| Case Name: | CHEZ, JASON D |
| Taxpayer ID #: | **-***5515 |
| Period Ending: | 03/26/12 |

| | |
|---|---|
| Trustee: | MEGAN G. HEEG (330490) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******27-65 - Money Market Account |
| Blanket Bond: | $1,500,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account *******2765 | Wire in from JPMorgan Chase Bank, N.A. account *******2765 | 9999-000 | 1.03 | | 1.03 |
| 07/18/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.00 | | 1.03 |
| 07/18/11 | | To Account #9200******2720 | combining MMA's | 9999-000 | | 1.03 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 1.03 | 1.03 | $0.00 |
| Less: Bank Transfers | 1.03 | 1.03 | |
| **Subtotal** | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$0.00** | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 08-72153 |
| Case Name: | CHEZ, JASON D |
| Taxpayer ID #: | **-***5515 |
| Period Ending: | 03/26/12 |

| | |
|---|---|
| Trustee: | MEGAN G. HEEG (330490) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******27-66 - Checking Account |
| Blanket Bond: | $1,500,000.00   (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

Exhibit 9

# Form 2

Page: 9

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 08-72153 | |
| **Case Name:** CHEZ, JASON D | |
| | |
| **Taxpayer ID #:** **-***5515 | |
| **Period Ending:** 03/26/12 | |

| | |
|---|---|
| **Trustee:** | MEGAN G. HEEG (330490) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******27-67 - Checking Account |
| **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/16/12 | | transfer from 20 to 67 account | transfer to show after hour interest | 9999-000 | 0.01 | | 0.01 |
| 01/16/12 | | From Account #9200******2720 | final distribution | 9999-000 | 23,168.35 | | 23,168.36 |
| 01/17/12 | 101 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $5,418.75, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 5,418.75 | 17,749.61 |
| 01/17/12 | 102 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $1,490.85, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 1,490.85 | 16,258.76 |
| 01/17/12 | 103 | Illinois Department of Revenue | Dividend paid   4.02% on $234.00; Claim# 7P-2; Filed: $234.00; Reference: | 5800-000 | | 9.43 | 16,249.33 |
| 01/17/12 | 104 | Internal Revenue Service | Dividend paid   4.02% on $319,763.46; Claim# 15P-2; Filed: $319,763.46; Reference: | 5800-000 | | 12,884.03 | 3,365.30 |
| 01/17/12 | 105 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 3,365.29 | 0.01 |
| | | | Dividend paid 100.00%         3,316.42 on $3,316.42;  Claim# ; Filed: $3,316.42 | 2100-000 | | | 0.01 |
| | | | Dividend paid 100.00%           48.87 on $48.87;  Claim# ; Filed: $48.87 | 2200-000 | | | 0.01 |
| 02/13/12 | Int | The Bank of New York Mellon | Reverse Interest Posting | 1270-000 | -0.01 | | 0.00 |

| | | | | |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | 23,168.35 | 23,168.35 | $0.00 |
| Less: Bank Transfers | | 23,168.36 | 0.00 | |
| **Subtotal** | | **-0.01** | **23,168.35** | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$-0.01** | **$23,168.35** | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **TIA # ***-*****27-19** | 26.31 | 0.00 | 0.00 |
| **TIA # ***-*****27-20** | 5.67 | 0.00 | 0.00 |
| **MMA # ***-*****27-65** | 25,001.03 | 0.00 | 0.00 |
| **MMA # 9200-******27-19** | 620.73 | 0.00 | 0.00 |
| **MMA # 9200-******27-20** | 11.18 | 2,496.56 | 0.00 |
| **MMA # 9200-******27-65** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-******27-66** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-******27-67** | -0.01 | 23,168.35 | 0.00 |
| | $25,664.91 | $25,664.91 | $0.00 |

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 08-72153 | Trustee: | MEGAN G. HEEG (330490) |
| Case Name: | CHEZ, JASON D | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******27-67 - Checking Account |
| Taxpayer ID #: | **-***5515 | Blanket Bond: | $1,500,000.00   (per case limit) |
| Period Ending: | 03/26/12 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |